UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

In Re:                                          Case No.:        18-23606-JKS

                                                Chapter:         7
**Carballo, Alejandro A.**
**Mollo de Caerballo, Myrian L.**
                                                Judge:           John K. Sherwood

                        **Debtor(s).**

---

### NOTICE OF PROPOSED ABANDONMENT

---

Donald V. Biase, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the Court |
|---|---|
| | 50 Walnut Street |
| | Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on September 18, 2018 at 10:00 AM at the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102 in Courtroom no. 3D.  (Hearing date must be at least 28 days from the date of this notice).  If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

**Description and value of property:**

    **1203 50th St., North Bergen, NJ 07047**
    $265,000

**Liens on property:**

    $293,114.42

**Amount of equity claimed as exempt:**

    $0.00

Objections must be served on, and requests for additional information directed to:

Donald V. Biase, Chapter 7 Trustee

110 Allen Road
Suite 304
Basking Ridge, NJ 07920

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-23606-JKS
Alejandro A. Carballo                                                      Chapter 7
Myrian L. Mollo de Caerballo
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Aug 13, 2018
                             Form ID: pdf905       Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2018.
```
db/jdb         +Alejandro A. Carballo,   Myrian L. Mollo de Caerballo,   1203 50th Street,
                North Bergan, NJ 07047-3101
aty            +Edania C Rondon,   543-59th Street,   West New York, NJ 07093-1317
517632426       American Express,   PO Box 1270,   Newark, NJ 07101-1270
517632427       Best Buy Credit Services,   PO Box 900107,   Louisville, KY 40290-1007
517632428      +CACH, LLC,   C/O David A. Faloni Esq.,   PO BOX 1285,   Caldwell, NJ 07007-1285
517632430       Chase/Slate,   PO Box 1423,   Charlotte, NC 28201-1423
517632432      +GJ Web Corporation,   PO Box 701363,   East Elmhurst, NY 11370-3363
517632431       Garden State Anesthesia Services,   118 N Bedford Rd, STE 200,   Mount Kisco, NY 10549-2555
517632433       Home Depot Credit Services,   PO Box 9001010,   Louisville, KY 40290-1010
517632435      +Midland Funding LLC,   C/O Pressler & Pressler, LLP,   7 Entin Road,
                Parsippany, NJ 07054-5020
517632436       One Main,   Robinson Crossing Shop Ctr.,   222 9 Kennedy Blvd.,   Wallington, NJ 07057-1114
517632439      +RTR Financial Services, Inc.,   2 Teleport Drive Suite 302,   Staten Island, NY 10311-1004
517632442       SPS/ Bank of America,   PO Box 65450,   Salt Lake City, UT 84165-0450
517632443      +St. Michael's Medical Center,   111 Central Ave,   Newark, NJ 07102-1909
517632444       Toyota Motor Credit Corp.,   PO Box 4102,   Carol Stream, IL 60197-4102
517632445      +Velocity Investment LLC,   c/o Ragan & Raga,   3100 Route 138 West Brinley Plaza,   Building 1,
                Wall, NJ 07719-9021
517632446       Velocity Investments LLC,   1800 Route 24 North,   Suite 34A,   Wall, NJ 07719
517632449      +Wells Fargo Card Services/ VISA,   PO Box 5824,   Carol Stream, IL 60197-5824
517632450      +Wells Fargo Service Center,   PO Box 94423,   Albuquerque, NM 87199-4423
517665143       Yelp, Inc.,   P.O. Box 204393,   Dallas, TX 75320-4393
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 13 2018 23:46:45   U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 13 2018 23:46:41   United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517632429       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 13 2018 23:44:36   Capital One USA N.A.,
                PO Box 64 92,   Carol Stream, IL 60197-6492
517632434      +E-mail/Text: bk@lendingclub.com Aug 13 2018 23:47:10   Lending Club,   71 Stevenson Street,
                Suite 300,   San Francisco, CA 94105-2985
517632437       E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2018 23:44:29   PC Richard & Son/ Synchrony Bank,
                PO Box 960061,   Orlando, FL 32896-0061
517632438      +E-mail/Text: bankruptcy@prosper.com Aug 13 2018 23:47:14   Prosper Marketplace,
                101 2nd street FL 15,   San Francisco, CA 94105-3672
517632440       E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2018 23:44:57   Sam's Club,   PO Box 530942,
                Atlanta, GA 30353-0942
517632441       E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2018 23:44:05
                Sony Financial Services/Synchrony Bank,   PO Box 960061,   Orlando, FL 32896-0061
517633469      +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2018 23:44:56   Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517632447       E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2018 23:44:30   Walmart I Synchrony Bank,
                P.O Box 530927,   Atlanta, GA 30353-0927
517632448      +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2018 23:44:30   Walmart/ Syncrony Bank,
                PO Box 965024,   Orlando, FL 32896-5024
                                                                                          TOTAL: 11
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Edania C Rondon,   543-59th Street,   West New York, NJ 07093-1317
                                                                          TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                              Signature:   /s/Joseph Speetjens

District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Aug 13, 2018
                             Form ID: pdf905            Total Noticed: 31

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2018 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
    dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
      Donald V. Biase    dbiase4236@gmail.com,
    dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
      Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
    rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                      TOTAL: 4