Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  18–23606–JKS
        Chapter:  7
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Alejandro A. Carballo | Myrian L. Mollo de Caerballo |
| 1203 50th Street | 1203 50th Street |
| North Bergan, NJ 07047 | North Bergan, NJ 07047 |

Social Security No.:
  xxx–xx–0352                                         xxx–xx–3360

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Donald V. Biase is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>October 15, 2018</u>            <u>John K. Sherwood</u>
                                              Judge, United States Bankruptcy Court